FILED
CLERK, U.S. DISTRICT COURT

SEP - 9 2004

CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| VERICEPT CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BAYSTONE PARTNERS, a California company; and DOES 1 to 10,<br><br>Defendants. | Case No. CV04-7063 RGK (RZx)<br><br>[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION<br><br>JUDGE: HON. R. GARY KLAUSNER<br>DATE:<br>HEARING:<br><br>COMPLAINT FILED: AUGUST 24, 2004 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court, having reviewed the application of plaintiff Vericept Corporation ("Vericept"), the points and authorities submitted concurrently therewith and the accompanying declarations and exhibits, and having considered the arguments of counsel, and it appearing that good cause exists for the issuance of a temporary restraining order and order to show cause re preliminary injunction;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

Defendant Baystone Partners ("Baystone") appear before this Court at the Edward R. Roybal Federal Building and Courthouse,

1  located at 255 East Temple Street, Los Angeles, California 90012
2  on Sep 20, 2004 at 9:00 a.m., or as soon thereafter as the
3  matter may be heard, then and there to show cause, why:
4      1. A preliminary injunction should not be issued enjoining
5         Baystone, its partners, officers, directors, agents,
6         servants, employees, and all other persons acting or
7         attempting to act in concert or participation in
8         soliciting, directly or indirectly, any Vericept
9         employee to leave his or her employment with Vericept
10        to work for another company.
11     IT IS FURTHER ORDERED that Baystone's answering papers
12 regarding the Order to Show Cause re: Preliminary Injunction, if
13 any, shall be filed with the Clerk of this Court and served upon
14 the attorneys for Vericept by delivering - via personal service,
15 facsimile, or overnight delivery - legible copies thereof to the
16 offices of Cooley Godward LLP, 4401 Eastgate Mall, San Diego,
17 California 92121-2128, attention Chaise R. Bivin, Esq., which
18 shall arrive by 4:00 p.m. on September 15, 2004. Such package
19 shall arrive by the deadline for service set in the preceding
20 sentence.
21     IT IS FURTHER ORDERED that Vericept's reply papers regarding
22 the Preliminary Injunction, if any, shall be filed with the Clerk
23 of this Court and served personally, by facsimile, or by Federal
24 Express or other overnight delivery on Baystone's counsel, or on
25 Baystone if it has no counsel, on or before noon on
26 September 17, 2004.
27     IT IS FURTHER ORDERED that, pending the hearing on
28 Vericept's application for a preliminary injunction, Baystone,

its partners, officers, directors, agents, servants, employees, and all other persons acting or attempting to act in concert or participation with Baystone are:

 1. Temporarily enjoined and restrained, under Federal Rule Civil Procedure Rule 65, from soliciting, directly or indirectly, any Vericept employee to leave his or her employment with Vericept to work for another company until such time as Vericept's motion for a preliminary injunction can be heard and determined;

**IT IS FURTHER ORDERED** that:

This temporary restraining order will expire on the date of the hearing on the motion for preliminary injunction, unless within such time the order is extended for good cause shown, or unless Baystone shall consent to an extension.

**IT IS FURTHER ORDERED** that:

This Order will become effective upon the filing of a cash or corporate surety injunction bond pursuant to Federal Rule of Civil Procedure 65 in the amount of $_____.

Dated: SEP - 9 2004, 2004

         _____
         Judge of the U.S. District Court

435629 v1/SD
9C4T01!.DOC

3.

[PROPOSED] TRO & ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION
CASE NO. CV04-7063 RGK (RZx)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| VERICEPT CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BAYSTONE PARTNERS, a California company; and DOES 1 to 10,<br><br>Defendants. | Case No. CV04-7063 RGK (RZx)<br><br>[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION<br><br>JUDGE: HON. R. GARY KLAUSNER<br>DATE:<br>HEARING:<br><br>COMPLAINT FILED: AUGUST 24, 2004 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court, having reviewed the application of plaintiff Vericept Corporation ("Vericept"), the points and authorities submitted concurrently therewith and the accompanying declarations and exhibits, and having considered the arguments of counsel, and it appearing that good cause exists for the issuance of a temporary restraining order and order to show cause re preliminary injunction;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

Defendant Baystone Partners ("Baystone") appear before this Court at the Edward R. Roybal Federal Building and Courthouse,